UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONILLA,

    Plaintiff,

v.

STATE OF CALIFORNIA,

    Defendant.

Case No. 22-cv-01129-JSW

**ORDER OF DISMISSAL**

Petitioner, a California prisoner on death row, has filed a "request for expedited review," which was construed as a petition for habeas corpus relief and opened by the Clerk as a new case. Petitioner has a pending petition for a writ of habeas corpus in which he challenges his state court judgment he challenges in the petitions filed herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests, including the instant request, through counsel in that case. There is no need for petitioner to have more than one habeas case challenging the same state court judgment. Accordingly, the above-captioned petition is DISMISSED. The clerk shall enter judgments and close the files.

**IT IS SO ORDERED.**

Dated: August 11, 2023

                                                      JEFFREY S. WHITE
                                                     United States District Judge